THE PEOPLE OF THE STATE OF NEW YORK ex rel. IDA W. SCHICK, Appellant, *v.* ROLLAND B. MARVIN, as Mayor of the City of Syracuse, et al., Respondents.

Submitted April 26, 1937; decided April 27, 1937.

*James C. Tormey, Corporation Counsel (John F. Hmiel* of counsel), for motion.

*James F. Brazell, Frank J. Cregg, Jr.,* and *Thomas J. Lowery* opposed.

Motion denied.